**LUNDY, FLITTER, BELDECOS & BERGER, P.A.**
ATTORNEYS AT LAW
FIVE GREENTREE CENTRE
SUITE 302
MARLTON, NEW JERSEY 08053
(856) 338-1300
(856) 222-0900
FAX (856) 338-1288

STUART R. LUNDY
CARY L. FLITTER
ANTHONY J. BELDECOS
PHILLIP D. BERGER
ERIC C. MILBY
THEODORE E. LORENZ
SUZANNE G. REISMAN
DEBORA A. GONZALEZ

NARBERTH, PA
(610) 668-0770

EMAIL: CFLITTER@LFBB.COM

April 19, 2010

RECEIVED IN THE CHAMBERS OF

APR 2 2 2010

HON. CLAIRE C. CECCHI

Honorable Claire C. Cecchi
United States Magistrate Judge
Martin Luther King Jr. Federal Building
Room 2064, 50 Walnut Street
Newark, NJ 07102

RE:   Frank Colapinto, individually and on behalf of all others similarly situated
v. Esquire Deposition Services, LLC
U.S.D.C. DNJ Civil Action No. 09-cv-06014(WHW-CCC)

Dear Judge Cecchi:

We are co-counsel for Plaintiff and the putative class in the above captioned action. I write to request that the Rule 16 Conference currently scheduled for May 4, 2010, be converted to a telephone conference.

Lead counsel for Plaintiff is in Los Angeles, California and lead counsel for Defendant is in Atlanta, Georgia.

Counsel have been conferring on the Rule 26 Report and expect to have that submitted shortly.

This request is on consent of all parties. I would appreciate if chambers would advise. If acceptable, we will arrange to have all participating counsel on the phone before raising chambers.

*The in-person initial scheduling conference set for May 4, 2010 is hereby converted to a telephone conference. Counsel for plaintiffs shall initiate the call.*

SO ORDERED
s/Claire C. Cecchi
_____
Claire C. Cecchi, U.S.M.J.

Date: April 22, 2010